# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Becky Sue Hamilton**

    Plaintiff

vs.                       **CASE NUMBER: 3:20-cv-835 (BKS)**

**Commissioner of Social Security**

    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that the recommendation in Magistrate Judge Lovrics Report and Recommendation (Dkt. No. 17) is ADOPTED; and it is further ORDERED that the decision of the Commissioner is AFFIRMED; and it is further ORDERED that the Clerk of the Court is directed to close this case.

All of the above pursuant to the order of the Honorable Brenda K. Sannes, dated the 2nd day of February, 2022.

DATED: February 2, 2022

_____
Clerk of Court

                                        s/Kathy Rogers
                                        Deputy Clerk